**Electronically Filed
Intermediate Court of Appeals
30109
12-DEC-2013
11:28 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
RANGIE B. ALANGCAS, Defendant-Appellant

NO. 30109

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-0308)

DECEMBER 12, 2013

FOLEY, PRESIDING JUDGE, FUJISE and LEONARD, JJ.

ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on November 29, 2013, is hereby corrected as follows:

At page 2, line 1 from bottom, replace the word
McDonalds with McDonald's.

---

[1]     Foley, Presiding Judge, Fujise and Leonard, JJ.

At page 19, line 4 from bottom, insert the word "sexually" before the word violent, and insert the word "offenders" after the word sex.

At page 29, line 18 from top, underline "Id.".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, December 12, 2013.

FOR THE COURT:

Associate Judge